## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
               Plaintiff

     v.                                   Civil Action No:  4:16-CV-01695-mwb

BETH COLEMAN
               Defendant

### DEFAULT

AND NOW, this _____26th_____ day of __October__ , 2016, default is hereby entered against Defendant, BETH COLEMAN for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

                         Peter J. Welsh, Acting
                         Clerk, U.S. District Court

                         s/L. Gonsalves
                         Deputy Clerk