# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:16-cv-01695 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| BETH COLEMAN, | : | |
| Defendant. | : | |

## NOTICE AND ORDER TO SHOW CAUSE

**AND NOW**, this 31st day of October, 2016, in recognition that:

1. On August 15, 2016, Plaintiff, the United States of America, filed its Complaint in this action against the Defendant, Beth Coleman, ECF No. 1;

2. Service of the operative Summons and Complaint was personally made upon the Defendant in accordance with Federal Rule of Civil Procedure 4(e), ECF No. 6 Ex. 1;

3. The Defendant has failed to timely answer Plaintiff's Complaint;

4. On October 26, 2016, the Clerk of Court entered Default as to the Defendant, ECF No. 9;

5. On October 26, 2016, Plaintiff moved for entry of Default Judgment as to the claims advanced in its Complaint against the Defendant, ECF No. 6;

6. The Defendant has failed to make an appearance in this action;

7. Plaintiff's claim is for $ 140,076.49 plus interest accruing upon the unpaid balance at a daily rate of $ 17.11 due on a February 15, 2008 loan from the United States Department of Agriculture in the principal amount of $112,000.00, ECF No. 1 at 1;

8. Accordingly, Plaintiff's claim "is for a sum certain or a sum that can be made certain by computation" as contemplated by Federal Rule of Civil Procedure 55(b)(1); and

9. Counsel for Plaintiff swears that, upon reasonable investigation, the Defendant is not believed to be presently in the military service of the United States, ECF No. 8;

**IT IS HEREBY ORDERED** that the Defendant, within twenty-one (21) days of this Notice and Order to Show Cause and no later than **November 30, 2016 at 5:00 p.m.**, shall **SHOW CAUSE** as to why this Court should not grant Plaintiff's Motion for Default Judgment. In the event that the Defendant fails to

- 3 -

show cause, the Defendant is **NOTICED** that this Court will grant Plaintiff's Motion for Default Judgment in full and will immediately award Plaintiff the entirety of the relief it seeks.

    **IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the Defendant at the following address:

    Beth Coleman
    112 North Elmira Street
    Athens, PA 18810

                                    BY THE COURT:

                                    /s Matthew W. Brann
                                    Matthew W. Brann
                                    United States District Judge