**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:16-CV-01695 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| BETH COLEMAN, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this 18th day of August 2017, upon consideration of Plaintiff's Motion for Service by Posting Property and Certified Mail and accompanying Affidavit, and based upon the Court's conclusion that "(1) the plaintiff made a good faith effort to locate the defendant, (2) the plaintiff undertook practical efforts to effectuate service through traditional means, and (3) the alternate form of service is reasonably calculated to provide the defendant with notice of the proceedings against him,"[1] **IT IS HEREBY ORDERED** that said Motion (ECF No. 18) is **GRANTED**.

The Notice of US Marshal Sale may be served on the Defendant by Plaintiff or its agent by posting a copy of the Notice of US Marshal Sale on the property to be foreclosed, as required by Pa.R.C.P. 3129.2(c), made applicable by Fed.

---

[1]   *FMM Bushnell, LLC v. Gilbert Commons, Inc.*, Civil Action No. 14-CV- 1718, 2015 WL 737577, at *3 (M.D.Pa. Feb. 20, 2015)(Nealon, J.).

R.Civ.P. 4(e)(1) and Pa.R.C.P. 402(a) and 430(a), and by regular and certified mail

Defendant's last known address. Service shall be completed upon posting or upon

mailing, which occurs later.


BY THE COURT:


_s/ Matthew W. Brann_

Matthew W. Brann
United States District Judge